### Joe NEWTON v. STATE.
### No. 14877.

Court of Criminal Appeals of Texas.
April 13, 1932.

Rehearing Denied June 22, 1932.

Frank Judkins, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

#### MORROW, P. J.

Theft is the offense; penalty assessed at confinement in the penitentiary for two years.

This is a companion case to Cole Oglesby v. State (Tex. Cr. App.) 51 S.W.(2d) 587, recently decided. In this case the appellant is charged with the theft of the property described in the companion case mentioned. The facts and the defensive theories are identical with those discussed in the companion case, and, upon the authority of that case, the judgment in the present instance is affirmed.

On Motion for Rehearing.

#### HAWKINS, J.

Attention is called to the opinion on rehearing in the companion case of Newton v. State (Tex. Cr. App.) 51 S.W.(2d) 590, this day delivered. It is not necessary to again write at length. The exact questions appear in this case as in No. 14878, and the same action is called for.

The motion for rehearing is overruled.